IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | : : | Consolidated Under MDL DOCKET NO. 875 |
| BENJAMIN HILL CARTER, JR. | : | E.D. PA Civil Action No. 09-cv-74351* |
| v. | : | 09-92640-file |
| FIBERBOARD CORP., et al. | : : | Transferor Court: S.D. Georgia 91-00164 |

FILED
FEB 29 2012
MICHAEL E. KUNZ, Clerk
Dep. Clerk

## ORDER

AND NOW, this 28th day of February, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:[1]

Defendant CSX Transportation's Motion to Strike the Rebuttal Expert Report of Dr. James Millette [See Docket #23] is **GRANTED**. This expert report fails to directly rebut the Defendant's experts and Plaintiffs have presented no justification for a delayed expert report.

It is further ORDERED that Judge Angell's Report and Recommendation is APPROVED and ADOPTED.

BY THE COURT:

Feb. 28, 2012

_____
EDUARDO C. ROBRENO, J.

* This ruling applies to all of the cases in which Dr. Millette has been offered as a "rebuttal" expert as identified in Exhibit "A."

[1] No objections have been filed.

## EXHIBIT "A"

| | |
|---|---|
| Benjamin Hill Carter, Jr. | 2:09-cv-74351-ER |
| Bobby R. Carter, Sr. | 2:09-cv-92628-ER |
| Jesse Ralph Carter, | 2:09-cv-74410-ER |
| Orville Carter, | 2:09-cv-74246-ER |
| Elmon L. Courson, | 2:09-cv-74337-ER |
| Walter Lee Easton, | 2:09-cv-74467-ER |
| Robert C. Ellis, | 2:09-cv-74484-ER |
| Jack B. Howell, | 2:09-cv-92610-ER |
| Eddie Lamorris Hyers, | 2:09-cv-74245-ER |
| Warren Johnston, Jr., | 2:09-cv-92657-ER |
| Henry H. Jones, | 2:09-cv-92661-ER |
| Ronald K. Regulas, Sr. | 2:09-cv-92660-ER |
| Raymond L. Rosenblatt, | 2:09-cv-92640-ER |
| George A. Shuman, | 2:09-cv-92636-ER |
| John M. Taylor, | 2:09-cv-92637-ER |
| Thomas Wilson, | 2:09-cv-92607-ER |
| Roscoe Wolfe, | 2:10-cv-60978-ER |