IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | Consolidated Under MDL DOCKET NO. 875 |
| RAYMOND L. ROSENBLATT | E.D. PA Civil Action No. 09-cv-92640 |
| v. | |
| CSX TRANSPORTATION, INC., et al. | Transferor Court: N.D. Georgia 94-CV-00120 |

ORDER

AND NOW, this 2nd day of April, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Defendant CSX Transportation's Motion to Exclude the Testimony of Dr. Arthur Frank and for Summary Judgment for Lack of Competent Evidence of Injury and Causation [Docket #25] is **DENIED AND DISMISSED**.[1]

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections had been filed within the fourteen-day limit in Fed. R. Civ. P. 72(b)(2).